UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA

　　　　　-v-

ADEM ARICI

　　　　　　　Defendant.

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/2012

**PROTECTIVE ORDER**

12 Cr. 0024 (CS)

MEMO ENDO.

　　　　Upon consideration of the application of the United States Attorney for the Southern District of New York for the entry of a Protective Order, and for good cause shown, *and there being no opposition,* IT IS HEREBY ORDERED THAT:

　　　　1.　Documents and tape recordings and information contained in such materials, including the identity of potential witnesses in such materials provided by the Government to the defendant ADEM ARICI ("ARICI") in this action for the purpose of providing Rule 16 discovery or 3500 material are deemed confidential ("Confidential Information"). Confidential Information does not include any document or information produced in discovery that the defendant otherwise lawfully possesses or has obtained through separate lawful means. Confidential Information disclosed to ARICI'S counsel of record in this action:

　　　　　　A.　Shall be used by ARICI and his counsel of record in this action solely for purposes of this criminal action; and

  B. Shall be reviewed by ARICI only under the supervision of his counsel of record, and shall not be copied or reproduced other than for internal use by counsel; and

  C. Shall not be disclosed by either ARICI or his counsel of record in this action to any third party other than the following:

   (i) investigative, secretarial, clerical, paralegal and student personnel employed full-time or part-time by defendant's attorney;
   (ii) independent expert witnesses, investigators or advisors retained by defendant in connection with this action;
   (iii) such other persons as hereafter may be authorized by the Court upon a motion by defendant.

2. The defendant and his counsel shall provide a copy of this Order to designated persons to whom they disclose confidential information pursuant to paragraph 1(c)(i)(ii) and (iii). Designated persons shall be subject to the terms of this Order.

3. The provisions of this Order shall not be construed as preventing the disclosure of any information in any motion, hearing or trial held in this action or to any judge or magistrate of this Court for purposes of this action.

4. ARICI agrees that he has no ownership or proprietary interest in the materials subject to this Protective Order.

ARICI further agrees that all such materials are to be returned to the Government at such time as they are no longer needed in this action, at the end of the criminal proceeding, or upon Order of the Court, whichever occurs first.

Dated:   White Plains, New York
         ~~February~~ 3/1, 2012

                              SO ORDERED:

                              _____
                              HONORABLE CATHY SEIBEL
                              UNITED STATES DISTRICT JUDGE

The Clerk shall terminate Dr. 22.