UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA

                v.                              12-Cr. 1224 (CS)

ADEM ARICI and MARC VERZANI          **NOTICE OF MOTION**

                Defendants

------------------------------------------------------------x

PLEASE TAKE NOTICE that, upon the Declaration of Jared J. Scharf, and the exhibits attached thereto, and upon the accompanying memorandum of law, the undersigned will move this Court, at the United States Courthouse, 300 Quarropas Street, White Plains, New York on a date to be set by the Court, for an Order pursuant to Rules 7(f) and 16(a)(1)(E)(i), Federal Rules of Criminal Procedure, directing the government to provide a bill of particulars.

Dated: White Plains, New York
         April 17, 2012

                                                          Jared J. Scharf
                                                          1025 Westchester Avenue
                                                          White Plains, New York 10604
                                                          (914) 682-9777
                                                          Attorney for Defendant Adem Arici

TO:    Cynthia K. Dunne
         Lee Renzin
         Assistant United States Attorneys

         Guy Petrillo, Esq.
         Jill Barnhart, Esq.
         Counsel to Marc Verzani