UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA

                    v.                                    12-Cr. 0024 (CS)

ADEM ARICI and MARC VERZANI          **NOTICE OF MOTION**

                 Defendants

-----------------------------------------------------------x

      PLEASE TAKE NOTICE that, upon the Declaration of Jared J. Scharf, and the exhibits attached thereto, and upon the accompanying memorandum of law, the undersigned will move this Court, at the United States Courthouse, 300 Quarropas Street, White Plains, New York on a date to be set by the Court, for an Order pursuant to Rules 7(f) and 16(a)(1)(E)(i), Federal Rules of Criminal Procedure, directing the government to provide a bill of particulars.

Dated: White Plains, New York
       April 17, 2012

                                                              Jared J. Scharf
                                                              1025 Westchester Avenue
                                                              White Plains, New York 10604
                                                              (914) 682-9777
                                                              Attorney for Defendant Adem Arici

TO:   Cynthia K. Dunne
        Lee Renzin
        Assistant United States Attorneys

        Guy Petrillo, Esq.
        Jill Barnhart, Esq.
        Counsel to Marc Verzani