UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA              :

              -v-                     :     ORDER

ADEM ARICI,                           :     S1 12 Cr. 0024(CS)
MARC E. VERZANI,
              Defendants.             :

- - - - - - - - - - - - - - - - - -X

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, as the continuance will allow the defendant Arici's health to improve significantly so that he can be transported to Court safely by the United States Marshals Service, and based upon the representations by the United States Marshals Service, the Court finds that the defendant was physically unable to attend Court on April 18, 2012, as he was too ill to safely transport. Accordingly, it is ORDERED that the time between the date of this order and April 19, 2012 the

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: 4/24/12

date of the rescheduled pretrial conference, April 26, 2012, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice and under 18 U.S.C. § 3161(h)(4), due to the defendant Arici's physical inability to attend Court as scheduled due to ill health.

Dated: White Plains, New York
April 20, 2012

_____
CATHY SEIBEL
UNITED STATES DISTRICT JUDGE



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

April 19, 2012

**BY HAND**
The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

        Re:    **United States v. Arici and Verzani**,
               **S1 12 Cr. 0024 (CS)**

Dear Judge Seibel:

      At the last pretrial conference time was excluded under the Speedy Trial Act through yesterday, April 18, 2012, the dated selected for the next pretrial conference. The parties were advised yesterday that in the opinion of the United States Marshals Service, Mr. Arici was too ill to be transported to Court for the pretrial conference. The Court set a new date for a pretrial conference which was not convenient for Mr. Scharf, and we were subsequently notified by Mr. Scharf that the pretrial conference was rescheduled for April 26 at 10:00 a.m. We have confirmed that the new date is acceptable to counsel for defendant Verzani.

      Due to Mr. Arici's health and the need to reschedule the pretrial conference the Government respectfully requests that the time from today, April 19, 2012 through April 26, 2012, the date of the rescheduled pretrial conference, be excluded from the speedy trial calendar based on a finding that the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial under 18 U.S.C. § 3161(h)(7)(A). In addition,

an exclusion is proper upon a finding pursuant to § 3161(h)(4) that defendant Arici was physical unable to attend the Court proceedings that were scheduled for yesterday.

    Attached to this letter is a proposed order for the Court to exclude time under the Speedy Trial Act.

                                    Respectfully submitted,

                                    PREET BHARARA
                                  United States Attorney

                        By: _____
                              Cynthia K. Dunne
                              Assistant United States Attorney
                              (914) 993-1913

cc:    Jared Scharf, Esq. (by email)
       Guy Petrillo, Esq. (by email)