MEMO ENDORSED

# JARED J. SCHARF
ATTORNEY AT LAW
1025 WESTCHESTER AVENUE • SUITE 305
WHITE PLAINS, NEW YORK 10604

(914) 682-9777

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/12

JARED J. SCHARF

ADAM L. SCHARF *

*NY , NJ BARS

April 23, 2012

United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Attention: Quality Assurance Department
Room 200
New York, NY 10007

Re: United States v. Adem Arici, et. al.
12-Cr. 0024 (CS)

*The Clerk will effectuate the correction*

So Ordered.

*Cathy Seibel*
Cathy Seibel, U.S.D.J.

Dated: 4/24/12

Dear Sir or Madam:

The purpose of this letter is to notify you of an Electronic Case Filing entry error made by this office.

On April 20, 2012, this office filed a Motion (document number 34) and a Declaration in Support with attached exhibits (document number 35). On April 23, 2012, this office filed a Memorandum in Support (document number 36). Those three documents contain the incorrect docket number. The Motion, Declaration and Memorandum have been re-filed today, with the correct docket number. They appear on the docket sheet as document numbers 37 – 39. Please remove the erroneous documents (document numbers 34 – 36) from the docket.

We apologize for this error.

This letter is written at the direction of the ECF help desk.

Very truly yours,

Jared J. Scharf

cc: Honorable Cathy Seibel
Cynthia K. Dunne, Esq. and Lee Renzin, Esq.
Guy Petrillo, Esq. and Jill Barnhart, Esq.